IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Linda S. Harlan, :

    Plaintiff : Civil Action 2:11-cv-320

v. : Judge Graham

Commissioner of Social Security, : Magistrate Judge Abel

    Defendant :

## OPINION AND ORDER

On April 20, 2012, the Magistrate Judge issued a report and recommendation that the final decision of the Commissioner of Social Security denying benefits be sustained and that this matter be dismissed. Objections to this Report and Recommendation were due by May 7, 2012.

Plaintiff has filed no objections to the Report and Recommendation. Upon *de novo* review as required by 28 U.S.C. §636(b), the Court finds the Report and Recommendation well taken. Accordingly, it (Doc. 20) is **ADOPTED**. The final decision of the Commissioner of Social Security denying benefits is **SUSTAINED**, and this action is hereby **DISMISSED**.

s/
United States District Judge